2008R00147/LSH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal No. 09-282 |
| STEVEN CHIARAVALLO | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Information assigned Criminal No. 09-282 now pending against defendant STEVEN CHIARAVALLO charging the defendant with knowingly distributing material containing child pornography in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2, because this prosecution has been abated by the defendant's death and further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

Paul J. Fishman
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Hon. Katharine S. Hayden
United States District Judge

Dated: March 17, 2010